| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 4:14CR156 |
| | § | |
| CRYSTAL CATRELL PULLIAM | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 18, 2017, the report of the Magistrate Judge [Dkt. 61] was entered containing proposed findings of fact and recommendations that Defendant Crystal Catrell Pulliam's Petition Pursuant to Federal Rule 60(b)(4) and the All Writs Act for Relief from Void Judgment [Dkt. 48] be denied.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant Crystal Catrell Pulliam's Petition Pursuant to Federal Rule 60(b)(4) and the All Writs Act for Relief from Void Judgment [Dkt. 48] is **DENIED.**

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 22nd day of November, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE